UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELLE FERIOLA,

             Plaintiff,

-against-

LUIS G. VALDEZ, M.D., et al.,

             Defendants.

**ORDER**

24-CV-07623 (PMH)

PHILIP M. HALPERN, United States District Judge:

    This action was removed on October 8, 2024. (Doc. 1). The Court, on October 16, 2024, granted the Federal Defendants' request for an extension of time to respond to the complaint to December 1, 2024. (Doc. 4). Nothing further has been filed in this case to date.

    Accordingly, the parties are directed to file a letter advising the Court of the status of this action by January 6, 2025.

Dated: White Plains, New York
         December 27, 2024

**SO ORDERED:**

_____
PHILIP M. HALPERN
United States District Judge